UNITED STATES DISTRICT COURT
DISTRICT OF CONNETICUT

-------------------------------------------------------------------X

ZHEN BIAO HAN,
*on his own behalf and on behalf of others similarly situated*

                       Plaintiff,

                       v.

SONGJI LLC
    d/b/a MoMA Nails & Spa; and
SONGJI LI
    a/k/a Michael Li,

                       Defendants.

-------------------------------------------------------------------X

Case No. 25-cv-01044

MOTION FOR DEFAULT JUDGEMENT

      Plaintiff, ZHEN BIAO HAN (hereinafter "Plaintiff"), on his own behalf and on behalf of others similarly situated hereby request that a judgement by default be entered against Defendants SONGJI LLC d/b/a MoMA Nails & Spa and SONGJI LI a/k/a Michael Li (Hereinafter "Defendants"), pursuant to the Federal Rules of Civil Procedure, Rule 55(b)(1). In support of his request, Plaintiff relies upon the record of the case, the affidavit he and his lawyer has submitted and a memorandum of law which will be submitted along with his motion.

Dated: Flushing, New York
November 25, 2025

                                                     TROY LAW, PLLC
                                                     *Attorneys for the Plaintiff*
                                                     By:    /s/ John Troy
                                                   John Troy
                                                 41-25 Kissena Boulevard Suite 110
                                                 Flushing, NY 11355
                                                 Tel: (718) 762-1324
                                                 Email: johntroy@troypllc.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2025, a copy of foregoing was filed electronically and served by mail on anyone available to accept electronic filing system or by mail for anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Specifically, on November 25, 2025, a copy of the foregoing was served via First Class Mail upon the following Defendants:

SONGJI LLC d/b/a MoMa Nails & Spa
YONG H PARK, CPA, EA, c/o YHP Tax & Consulting LLC
105 Sanford Street, Hamden, CT 06514
*Registered agent address*

SONGJI LI a/k/a Michael Li
160 Turner Avenue, Floor 1, Torrington, CT, 06790
*Last known address*


    /s/ John Troy
    John Troy